No. 375. St. Paul Fire & Marine Insurance Co. *v.* Coleman et al. C. A. 8th Cir. Certiorari denied. *Alston Jennings* for petitioner.

No. 377. American Air Filter Co., Inc., *v.* Farr Company. C. A. 9th Cir. Certiorari denied. *Robert C. Watson* for petitioner. *Richard E. Lyon* for respondent.

No. 378. Blaylock et ux. *v.* State Highway Commission of Kansas. Supreme Court of Kansas. Certiorari denied. *Howard E. Payne* for petitioners. *William M. Ferguson,* Attorney General of Kansas, *Charles N. Henson, Jr.,* Assistant Attorney General, and *Jerry W. Hannah* for respondent.

No. 382. Connelly *v.* Central States Southeast & Southwest Areas Pension Fund. C. A. 5th Cir. Certiorari denied. *Irving M. Wolff* for petitioner. *Robert C. Ward* for respondent.

No. 383. Woodner *v.* United States. C. A. 2d Cir. Certiorari denied. *J. Lee Rankin, Samuel Gottlieb* and *Louis Bender* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph M. Howard* and *John M. Brant* for the United States.

No. 392. Katz et al. *v.* United States. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Burton Berkley* for the United States.